**Order entered September 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00537-CV

### NAIL ROAD 1, LP, Appellant

### V.

### DALLAS COUNTY, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17321**

### ORDER

Before the Court is appellant's September 18, 2020 motion for extension of time to file its letter brief on jurisdiction. We **GRANT** the request and **ORDER** the brief be filed no later than September 28, 2020.

/s/    KEN MOLBERG
        JUSTICE